**Mr. Thomas R. Rask, III, Esq.** OSB # 93403
trask@kelrun.com
Kell, Alterman &Runstien, L.L.P.
520 S.W. Yamhill, Suite 600
Portland, OR 97204-1329
Telephone: (503)222-3531
Facsimile: (541)227-2980

**Delbert J. Barnard, Esq.** WASB # 00451
del@seattlepatentlaw.com
**Timothy B. McCormack, Esq.** WASB # 28074, OSB # 6490
tim@seattlepatentlaw.com
Barnard & McCormack
P.O. Box 58888
Seattle, WA 98138-1888
Telephone: (206) 381-3100
Facsimile: (206) 381-3101
Attorneys for Plaintiff Keith Investments, LLC
and Keith Manufacturing, Co.

FILED'05 JUN 01 17:15USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| KEITH INVESTMENTS, LLC, an Oregon limited liability company; and KEITH MANUFATURING CO., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>DON B. HEPPERLE and JON WILFRED OJALA, Individuals dba Norska Marine,<br><br>Defendant. | CV.04-234-HA<br><br>**ORDER FOR ENTRY OF JUDGMENT** [~~PROPOSED~~] |

This matter came before the Court on Plaintiff's motion for entry of judgment. The court has considered the file and pleadings in this action, the evidence presented and finds that judgment is appropriate.

Cased on the above findings, it is hereby OREDED, ADJUDGED AND DECREED: Plaintiff's Motion for entry of judgment is GRANTED.

DONE IN OPEN COURT this __1__ day of June, 2005

_____
Hon. Judge Ancer L. Haggerty

Presented by:

BARNARD & McCORMACK

_____
Timothy B. McCormack, WSBA #28074
Attorney for Plaintiff C.R.A., LLC

Courier Address:
947 Powell Avenue S.W., Suite 105
Renton, WA 98055

Mailing Address:
P.O. Box 58888
Seattle, WA 98135-1888

Dial Address:
Telephone: 206.381.3100
Facsimile: 206.381.3101

E-mail Address:
tim@McCormackLegal.com

ORDER FOR ENTRY OF JUDGMENT [PROPOSED]-2